■ In the Matter of Nyomi B. Nefreida W., Respondent; Audrey K., Appellant. [11 NYS3d 880]—Appeal from an order of the Family Court, Kings County (William Franc Perry, J.), dated October 31, 2013. The order, insofar as appealed from, after a hearing, in effect, granted the branch of the mother's petition which sought visitation with the subject child in Ohio rather than in New York during the subject child's winter, spring, and summer school recesses.

Ordered that the order is reversed insofar as appealed from, on the facts and in the exercise of discretion, without costs or disbursements, and the matter is remitted to the Family Court, Kings County, for a new hearing and a new determination of the mother's petition thereafter, in accordance herewith.

The attorney for the child on this appeal has raised significant issues regarding developments that have arisen since the date of the order on appeal that preclude this Court from determining if the visitation arrangement with the mother in Ohio during the subject child's winter, spring, and summer school recesses is in the child's best interests (*see Matter of Michael B.*, 80 NY2d 299, 318 [1992]; *Gillis v Gillis*, 113 AD3d 816, 817 [2014]; *Matter of Gatke v Johnson*, 50 AD3d 798 [2008]). Accordingly, the matter must be remitted to the Family Court, Kings County, for a new hearing and a new determination of the mother's petition thereafter. We express no opinion as to the appropriate determination. Dillon, J.P., Chambers, Austin and Sgroi, JJ., concur.